UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

EBONY SUMMERS,                          )
                                        )
          Plaintiff,                    )
                                        )
v.                                      )          CV622-051
                                        )
TRACY PAGE, *et al.*,                   )
                                        )
          Defendants.                   )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 14), to which no objections have been filed.  Accordingly, the Report and Recommendations is **ADOPTED**.  Summers' Motion for Preliminary Injunction is **DENIED**.  (Doc. no. 8.)  His "Motion to Request the Court to Have Warden Comply with GDC Grievance Policy," which the Magistrate Judge construed as a request for a preliminary injunction, (<u>see</u> doc. no. 14 at 8), is also **DENIED**.  (Doc. no. 11.)

**ORDER ENTERED** at Augusta, Georgia, this 27th day of February, 2023.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA