UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| EBONY SUMMERS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV622-051 |
| TRACY PAGE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 16), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff's Amended Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA