AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EBONY SUMMERS,

Plaintiff,

v.

TRACY PAGE, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV622-51

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 4/10/23, adopting the U.S. Magistrate Judge's Report and Recommendation; Judgment is hereby entered dismissing the amended complaint. This case stands closed.

| 4/10/23 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |